## TEMPORARY PRIVILEGES

We hereby grant a temporary privilege to Raymond Winger, MD. This privilege shall endure until the Medical Staff Credentialing Committee can act upon the initial application.

_____          _____5-9-13_____
Seeley Feldmeyer, M.D.  Chief of Staff          Date

_____          _____5-6-13_____
Michael Thomas, CEO                                    Date

EXHIBIT B

A00853